UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD I. ELDRIDGE, SR.
ADC #157109                                                                                                        PETITIONER

VS.                                        5:16-CV-00132 JM/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                  RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. A response was filed in which Petitioner stated that he accepted the recommendation. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. Petitioner Edward I. Eldridge, Sr.'s 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 2*, is DENIED with prejudice;

2. Petitioner Eldridge's Motion for Leave to Amend Habeas Petition, *doc. 7*, is DENIED;  and

3. A Certificate of Appealability is DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 15th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE